IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND SCOTT MAXSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARTIN RESOURCE MANAGEMENT )<br>CORPORATION, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 10-0664-CG-N |

## ORDER

The plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice of Count IV (Jones Act/Unseaworthiness) Only (Doc. 12). Accordingly, Count IV of the amended complaint is hereby **DISMISSED** without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 14th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE