IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RAYMOND SCOTT MAXSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 10-0664-CG-N** |
| ) | |
| **MARTIN RESOURCE MANAGEMENT** ) | |
| **CORPORATION, RICHARD FREED** ) | |
| **and REBECCA WHEELER, Jointly** ) | |
| **and Severally,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action having been settled after mediation before Magistrate Nelson this date, it is **ORDERED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 23rd day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE